13-4589

IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

       Appellee,

vs.

CEPHUS MITCHELL, a/k/a C4,
a/k/a Lil C,

       Appellant.

---

**MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S OPENING BRIEF**

---

  Comes now Appellant, who by and through undersigned counsel,

respectfully requests this Court rescind the current briefing schedule;

granting Appellant's request for a 30-day extension within which to file his

opening brief.

  In support of this motion, undersigned counsel states that additional

time is needed for Appellant to review the materials pertaining to his

opening brief to ensure all of Appellant's issues and arguments have been

properly presented in the opening brief.  Undersigned counsel also requires additional time to consult with Appellant prior to filing the opening brief.

On information and belief, extending the briefing schedule in this matter will not prejudice the government and this is the first request for an extension in this matter.  Further, undersigned counsel has attempted to confer with the government.

For all the foregoing reasons, Appellant respectfully requests a 30-day extension within which to file his opening brief.

Respectfully Submitted this 28th day of January, 2014,

s/Jessica Salvini
JESSICA SALVINI, ESQ.

SALVINI & BENNETT, LLC
101 W. Park Ave.
Greenville, SC 29601
Telephone No.: (864) 232-5800
Facsimile No: (864) 232-5888

Attorney for Appellant