13-4717
# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff - Appellee | ) |
| | ) |
| vs. | ) |
| | ) |
| **GARY LAMONTT SMITH** | ) |
| Defendant - Appellant | ) |
| _____ | ) |

## APPELLANTS' MOTION
## TO DECONSOLIDATE CASES ON APPEAL

On behalf of the Appellant, the undersigned attorney moves to deconsolidate these cases for reasons that follow.

Janis Hall, attorney for Appellant Gary Lamontt Smith, indicates that other Counsel for Appellants may be filing a brief pursuant to *Anders v. California*. However it appears there may some issues raised on objections at sentencing which are unique to Appellant Smith's situation in that he entered into a 11(c)(1)(C) agreement. Also Appellant Smith does not have a plea waiver as opposed to his co-appellants. This requires a more in depth investigation. In addition Counsel needs more information from Appellant Smith. As a result, the Appellant requests to be deconsolidated from the case.

Attorneys for the Appellants are aware that, unless otherwise extended at their requests, briefs and/or joint appendixes for each of the newly deconsolidated appeals will remain due as scheduled.

Respectfully submitted,

s/Janis Richardson Hall_____
Janis Richardson Hall
Attorney for Appellant
Gary Lamontt Smith
606 Pettigru Street
Greenville, SC 29601
(864) 370-0882
FAX   370-9535

Date: _____