RECORD NO. 13-4516

In The
United States Court of Appeals
For The Fourth Circuit

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH WILLIAMS

Defendant-Appellant

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AT CHARLESTON

MOTION FOR LEAVE TO FILE APPELLANT'S
OPENING BRIEF OUT OF TIME

| | |
|---|---|
| John Wesley Locklair, III | Sean Kittrell |
| LOCKLAIR & LOCKLAIR~ PC | OFFICE OF THE U.S. ATTORNEY |
| 2007 Lincoln Street | Post Office Box 978 |
| Columbia, South Carolina 29201 | Charleston, South Carolina 29402 |
| (803) 254-9007 | (843) 727-4381 |
| Counsel for Appellant | Counsel for Appellee |

Now comes counsel for Appellant and hereby moves this Court for an Order allowing the filing of the brief out of time. Counsel had spoken to the Court regarding filing the brief on June 27, 2013. Counsel is at a camp for kids with cancer and there is only one computer at the facility and a very limited internet access. There were computer issues on Friday, June 27, 2013, and Counsel got permission to leave the Camp today in order to get to a working viable computer with internet access.

Counsel therefore respectfully requests that the Court allow the filing of the brief out of time.

> Respectfully submitted,
>
> /s/ John Wesley Locklair
> John Wesley Locklair
> Federal ID No. 7163
> 2007 Lincoln Street
> Columbia, South Carolina 29201
> (803)254-9007
> (803)254-5890 (fax)
> wesleylocklair@gmail.com
>
> ATTORNEY FOR APPELLANT

June 30, 2014
Columbia, South Carolina

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 30th day of June, 2014, I caused this Motion to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Sean Kittrell
OFFICE OF THE U.S. ATTORNEY
151 Meeting Street, Suite 200
Post Office Box 978
Charleston, South Carolina  29402
(843) 727-4381

*Counsel for Appellee*


　　　　　　　　　　　　　　　　　　/s/ John Wesley Locklair III
　　　　　　　　　　　　　　　　　　*Counsel for Appellant*